## UNITED STATES BANKRUPTCY COURT
### Northern District of Iowa

In Re:  Kimberly Ann Trevallion

Debtor(s)

Case No.: 07−02399

Chapter:  7

# FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED THAT**

**Sheryl Schnittjer**

is discharged as trustee of the estate of the above−named debtor(s);

**IT IS FURTHER ORDERED THAT** the Chapter 7 case of the above−named debtor(s) is closed.

Dated: 4/9/08

Sean F. McAvoy
Bankruptcy Clerk